

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2021

No. 04-21-00096-CV

Claudia **MEDRANO**,
Appellant

v.

Lora **VERGOTT**, Jeff Tafoya, Innovative Risk Management, Inc., and Acceptance Indemnity
Insurance Co.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-23582
Honorable Aaron Haas, Judge Presiding

# O R D E R

The trial court signed a final appealable order on December 22, 2020. Appellant's motion for new trial was due no later than thirty days after the trial court signed the final judgment, or by January 21, 2021. Tex. R. Civ. P. 329b(a); *see also id.* R. 5 (trial court may not enlarge time to file motion for new trial). The clerk's record in this case shows appellant filed a motion for new trial on January 22, 2021. As a result, it appears appellant's motion for new trial was untimely. *See id.* R. 329b(a); *In re Estate of Block*, No. 04-11-00558-CV, 2011 WL 5115697, at *1 (Tex. App.—San Antonio Oct. 26, 2011, no pet.) (mem. op.) (holding motion for new trial filed one day late was untimely).

An untimely motion for new trial does not extend appellate deadlines. *In re Estate of Block*, 2011 WL 5115697, at *1. If appellant did not timely file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due by January 21, 2021. *See* Tex. R. App. P. 26.1(a). Any motion for extension of time to file the notice of appeal was due by February 5, 2021. *See* Tex. R. App. P. 26.3.

Appellant filed her notice of appeal on March 22, 2021. "[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). Because the notice of appeal appears untimely filed, we **ORDER** appellant to show cause why this appeal should not be dismissed for lack of jurisdiction

**by April 19, 2021**. *See id*. If appellant fails to respond to this order by the date ordered, this appeal will be dismissed for lack of jurisdiction. *See* Tex. R. App. P. 42.3. All other appellate deadlines are suspended until further order of this court.

_____
Beth Watkins, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2021.



_____
Michael A. Cruz,
Clerk of Court